**Electronically Filed
Supreme Court
SCPW-21-0000650
30-NOV-2021
12:12 PM
Dkt. 3 ODDP**

SCPW-21-0000650

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE JOHN PENITANI, Petitioner.

---

ORIGINAL PROCEEDING

ORDER DISMISSING PETITION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

On November 12, 2021, petitioner John Penitani submitted a letter document seeking relief from this court related to his federal court matter arising in the United States District Court for the District of Hawaiʻi. The document was filed as a petition. Upon consideration of the submission and the record, this court lacks jurisdiction to provide petitioner the requested relief. See HRS § 602-5(a). Accordingly,

It is ordered that the petition is dismissed.

It is further ordered that the clerk of the appellate court shall process the petition without payment of the filing fees.

DATED: Honolulu, Hawaiʻi, November 30, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

